

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00410-CR

James Cornelious **SCOTT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR7104
Honorable Michael E. Mery, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's memorandum opinion of this date, the trial court's judgment on Count II for possession of a controlled substance in an amount 4 grams or more but less than 200 grams is VACATED. The trial court's judgment on Count I for possession, with intent to deliver, of a controlled substance in an amount 4 grams or more but less than 200 grams is AFFIRMED.

SIGNED April 24, 2024.

_____
Irene Rios, Justice